IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**THEA MACQUAID and SARAH RENFROW,** on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**THE NEW YORK TIMES COMPANY,** d/b/a The New York Times,

    Defendant.

Case No. 3:22-cv-00955-MO

JUDGMENT

**MOSMAN, J.,**

    Based on Plaintiffs' Notice of Intent to Stand on Amended Complaint [ECF 39], IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

DATED this 4TH day of May, 2023.

                                                                            MICHAEL W. MOSMAN
                                                                            Senior United States District Judge